1  Ronald L. Richman, SBN 139189
   Joye Blanscett, SBN 191242
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California  94108
   E-mail: ron.richman@bullivant.com
4  E-mail: joye.blanscett@bullivant.com
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                    SAN FRANCISCO DIVISION
10

11 | BOARD OF TRUSTEES OF THE                    | Case No.:   C 07 02549 WDB
   | LABORERS HEALTH AND WELFARE                 |
12 | TRUST FUND FOR NORTHERN                     |
   | CALIFORNIA; BOARD OF TRUSTEES OF            |
13 | THE LABORERS VACATION-HOLIDAY               |
   | TRUST FUND FOR NORTHERN                     | **CONSENT TO PROCEED BEFORE A**
14 | CALIFORNIA; BOARD OF TRUSTEES OF            | **UNITED STATES MAGISTRATE**
   | THE LABORERS PENSION TRUST FUND             | **JUDGE**
15 | FOR NORTHERN CALIFORNIA; and                |
   | BOARD OF TRUSTEES OF THE                    |
16 | LABORERS TRAINING AND RETRAINING            |
   | TRUST FUND FOR NORTHERN                     |
17 | CALIFORNIA,                                 |

18              Plaintiffs,

19        vs.

20 E. UGARTE, INC., a California corporation
   dba KEVIN NELSON CONCRETE
21 CONSTRUCTION COMPANY; EDGAR
   ORLANDO UGARTE, an Individual;
22 ZOLMAN CONSTRUCTION &
   DEVELOPMENT, INC., AND SYNERGY
23 PROJECT MANAGEMENT, J/V, a joint
   venture; ZOLMAN CONSTRUCTION &
24 DEVELOPMENT, INC.,  a California
   corporation; SYNERGY PROJECT
25 MANAGEMENT, a sole proprietorship; and
   DOES 1-10,
26
                Defendants.
27

28        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

6080706.1                           – 1 –
           CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

1  In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned
2  party in the above-captioned civil matter hereby voluntarily consents to have a United States
3  Magistrate Judge conduct any and all further proceedings in the case, including trial, and order
4  the entry of a final judgment. Appeal from the judgment shall be taken directly to the United
5  States Court of Appeals for the Ninth Circuit.

6  DATED: May 22, 2007

                                    BULLIVANT HOUSER BAILEY PC

                                    By _____
                                        Joye Blanscett
                                        Attorneys for Plaintiffs

6080706.1                           – 2 –
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE