1  Ronald L. Richman, SBN 139189
   Joye Blanscett, SBN 191242
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   E-mail: ron.richman@bullivant.com
4  E-mail: joye.blanscett@bullivant.com
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs

7
                UNITED STATES DISTRICT COURT
8
                NORTHERN DISTRICT OF CALIFORNIA
9
                   SAN FRANCISCO DIVISION
10

11 | BOARD OF TRUSTEES OF THE             | Case No.: C 07 02549 WDB
   | LABORERS HEALTH AND WELFARE          |
12 | TRUST FUND FOR NORTHERN              |
   | CALIFORNIA; BOARD OF TRUSTEES OF     |
13 | THE LABORERS VACATION-HOLIDAY        |
   | TRUST FUND FOR NORTHERN              | **PROOF OF SERVICE**
14 | CALIFORNIA; BOARD OF TRUSTEES OF     |
   | THE LABORERS PENSION TRUST FUND      |
15 | FOR NORTHERN CALIFORNIA; and         |
   | BOARD OF TRUSTEES OF THE             |
16 | LABORERS TRAINING AND RETRAINING     |
   | TRUST FUND FOR NORTHERN              |
17 | CALIFORNIA,                          |

18             Plaintiffs,

19       vs.

20 E. UGARTE, INC., a California corporation
   dba KEVIN NELSON CONCRETE
21 CONSTRUCTION COMPANY; EDGAR
   ORLANDO UGARTE, an Individual;
22 ZOLMAN CONSTRUCTION &
   DEVELOPMENT, INC., AND SYNERGY
23 PROJECT MANAGEMENT, J/V, a joint
   venture; ZOLMAN CONSTRUCTION &
24 DEVELOPMENT, INC., a California
   corporation; SYNERGY PROJECT
25 MANAGEMENT, a sole proprietorship; and
   DOES 1-10,
26
               Defendants.
27

28

6081411.1                    – 1 –
                      PROOF OF SERVICE

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Joye Blanscett, 191242<br>BULLIVANT, HOUSER, BAILEY, ET AL<br>601 CALIFORNIA ST STE 1800<br>SAN FRANCISCO, CA 94108-2823<br>TELEPHONE NO.: (415) 352-2700<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF/PETITIONER: Board of Trustees of Laborers Health & Welfare Tru

DEFENDANT/RESPONDENT: E. Ugarte, Inc., et al.

CASE NUMBER:
C 07 02549 WDB

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:
29512.5

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Civil Case Cover Sheet, Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Notice of Assignment of Case to a United States Magistrate Judge for Trial, ECF Registration Information Handout

3. a. Party served: SYNERGY PROJECT MANAGEMENT, a joint venture

   b. Person Served: Sopida Siadat - Person authorized to accept service of process

4. Address where the party was served: 101 CRESCENT WAY 2407
   SAN FRANCISCO, CA 94134

   **BY FAX**

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): May 22, 2007    (2) at (time): 4:51 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   SYNERGY PROJECT MANAGEMENT, a joint venture

   under:    CCP 416.40 (association or partnership)

7. **Person who served papers**
   a. Name:    Chris Beale
   b. Address:    One Legal, Inc. - 132-Marin
                  504 Redwood Blvd #223
                  Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 75.00
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No. 805
          (iii) County ALAMEDA

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: June 4, 2007

Chris Beale
(NAME OF PERSON WHO SERVED PAPERS)

*Chris Beale*
(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6641262

# ONE LEGAL, INC.

CONFIRMATION For **Service of Process**



Date: 6/4/2007

| ONE LEGAL, INC. CONFIRMATION FOR ORDER NO: 6641262 | |
|---|---|
| Customer BULLIVANT, HOUSER, BAILEY, ET A<br>Customer No. 0001910<br>Address 601 CALIFORNIA ST STE 1800<br>SAN FRANCISCO, CA 94108-2823 | Attorney Joye Blanscett<br>Attorney e-mail<br>Contact Delores L Sandefur<br>Contact e-mail delores.sandefur@bullivant.com<br>Contact Phone 415-352-2700<br>Contact Fax 415-352-2701<br>Law Firm File Number 29512.5 |

| Case Information: |
|---|
| Case Number C 07 02549 WDB<br>County SAN FRANCISCO<br>Court Northern District of California<br>Case Short Title Board of Trustees of Laborers Health & Welfare Tru vs. E. Ugarte, Inc., et al. |

| Documents Received: | No. Docs: 6 No. Pgs: 35 |
|---|---|
| Civil Case Cover Sheet, Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Notice of Assignment of Case to a United States Magistrate Judge for Trial, ECF Registration Information Handout | |
| Party to Serve: SYNERGY PROJECT MANAGEMENT, a joint venture | Service address: 101 CRESCENT WAY 2407<br>SAN FRANCISCO, CA 94134 |

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served<br>Faxed back: 6/5/2007 | Today | .75.00 |
| | Check No. | Total: 75.00 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Northern Branch, Ph: 510-835-3100, Fx: 510-873-0984
Thank you for choosing One Legal for your process serving needs.