1  Ronald L. Richman, SBN 139189
   Joye Blanscett, SBN 191242
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   E-mail: ron.richman@bullivant.com
4  E-mail: joye.blanscett@bullivant.com
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, Plaintiffs, vs. A. RUIZ CONSTRUCTION CO. & ASSOC., INC., a California corporation; ANTONIO RUIZ, an Individual; and DOES 1-10, Defendants. | Case No.: C 07 02647 WDB  **PROOF OF SERVICE** |
|---|---|

6081408.1

– 1 –

PROOF OF SERVICE

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name and Address)*:
Joye Blanscett, 191242
BULLIVANT, HOUSER, BAILEY, ET AL
601 CALIFORNIA ST STE 1800
SAN FRANCISCO, CA 94108-2823

**TELEPHONE NO.:** (415) 352-2700

**FOR COURT USE ONLY**

**ATTORNEY FOR** *(Name)*: Plaintiff

**Ref. No. or File No.** 29512-28

Insert name of court, judicial district or branch court, if any:
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

**PLAINTIFF:** Board of Trustees of the Laborers Health and Welfa

**DEFENDANT:** A. Ruiz Construction Co. & Assoc., Inc., et al

## PROOF OF SERVICE

**DATE:** **TIME:** **DEPT/DIV:** **CASE NUMBER:** C 07 02647 WDB

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Case Cover Sheet, Summons, Complaint, Notice of Assignment of Case to a United States Magistrate Judge for Trial, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order U.S. Magistrate Judge Wayne D. Brazil, ECF Registration Information Handout

2. Party Served: Antonio Ruiz, an individual

**BY FAX**

3. Person Served: party in item 2

  a. Left with: Thomas Cotter/Controller- Person in Charge of Office

4. Date & Time of Delivery: May 29, 2007   5:58 pm

5. Address, City and State: 1601 Cortland
San Francisco, CA 94110

6. Manner of Service: By leaving the copies with or in the presence of Thomas Cotter/Controller, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

78.25

Registered California process server.
County: ALAMEDA
Registration No.:805
Expiration: September 8, 2007

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on June 1, 2007 at Oakland, California.

Signature: *Chris Beale*
Chris Beale