1  Ronald L. Richman, SBN 139189
   Joye Blanscett, SBN 191242
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   E-mail: ron.richman@bullivant.com
4  E-mail: joye.blanscett@bullivant.com
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs

7
                UNITED STATES DISTRICT COURT
8
                NORTHERN DISTRICT OF CALIFORNIA
9
                    SAN FRANCISCO DIVISION
10

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>E. UGARTE, INC., a California corporation dba KEVIN NELSON CONCRETE CONSTRUCTION COMPANY; EDGAR ORLANDO UGARTE, an Individual; ZOLMAN CONSTRUCTION & DEVELOPMENT, INC., AND SYNERGY PROJECT MANAGEMENT, J/V, a joint venture; ZOLMAN CONSTRUCTION & DEVELOPMENT, INC., a California corporation; SYNERGY PROJECT MANAGEMENT, a sole proprietorship; and DOES 1-10,<br><br>Defendants. | Case No.: c 07 02549 WDB<br><br><br>PROOF OF SERVICE OF ZOLMAN CONSTRUCTION AND DEVELOPMENT |

6081870.1                          – 1 –
                            PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Joye Blanscett, 191242<br>BULLIVANT, HOUSER, BAILEY, ET AL<br>601 CALIFORNIA ST STE 1800<br>SAN FRANCISCO, CA 94108-2823 | (415) 352-2700 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>29512.5 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Board of Trustees of Laborers Health & Welfare Tru

DEFENDANT:

E. Ugarte, Inc., et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 02549 WDB |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Civil Case Cover Sheet, Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Notice of Assignment of Case to a United States Magistrate Judge for Trial, ECF Registration Information Handout

2. Party Served: ZOLMAN CONSTRUCTION AND DEVELOPMENT, INC., a joint venture

3. Person Served: Louise Zolfaghari - Person authorized to accept service of process

4. Date & Time of Delivery: May 22, 2007    5:00 pm

**BY FAX**

5. Address, City and State: 3417 STACEY CT
MOUNTAIN VIEW, CA 94040

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 95.00

Registered California process server.
County: SANTA CLARA
Registration No.:1028
Expiration: January 25, 2009

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on June 15, 2007 at Oakland, California.

Signature: _David Noriega_
David Noriega