Charles S. Bronitsky St.Bar #124332
Rice & Bronitsky
350 Cambridge Ave
Suite 225
Palo Alto, CA 94306
Tel: (650) 289-9088
Fax: (650) 289-9093

Attorneys for Defendants
E. UGARTE, INC and
EDGAR ORLANDO UGARTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>E. UGARTE, INC., dba KEVIN NELSON CONCRETE CONSTRUCTION COMPANY; EDGAR ORLANDO UGARTE, ZOLMAN CONSTRUCTION & DEVELOPMENT, INC., AND SYNERGY PROJECT MANAGEMENT, J/V, ZOLMAN CONSTRUCTION AND DEVELOPMENT, INC., SYNERGY PROJECT MANAGEMENT,<br><br>Defendants. | Case No.: C-07-2549-WDB<br><br>ANSWER TO COMPLAINT<br><br>CROSS-CLAIM<br><br>Jury Trial Demanded |

1

Answer to Complaint and Cross-Claim
Board of Trustees v. E. Ugarte, Inc. et al.
Case No. C-07-2549-WDB

CHARLES S. BRONITSKY
Rice & Bronitsky
350 Cambridge Ave., Suite 225
Palo Alto, CA 94306
650-289-9088

| | |
|---|---|
| E.UGARTE, INC.; and EDGAR ORLANDO UGARTE, | ) ) ) |
| Cross-Claimants, | ) ) |
| v. | ) ) |
| ZOLMAN CONSTRUCTION & DEVELOPMENT, INC., AND SYNERGY PROJECT MANAGEMENT, J/V, ZOLMAN CONSTRUCTION AND DEVELOPMENT, INC., SYNERGY PROJECT MANAGEMENT, | ) ) ) ) ) ) ) |
| Cross-Defendants. | ) |

COMES NOW, Defendants E. UGARTE, INC., dba KEVIN NELSON CONCRETE CONSTRUCTION COMPANY and EDGAR ORLANDO UGARTE, on their behalf only ("Defendants") and demanding trial by jury, respond to Plaintiffs' Complaint as follows:

1. Answering Paragraph 1, Defendants admit that Plaintiffs' Complaint is in the nature of an action for recovery of unpaid union benefits and that Plaintiff seeks monetary damages and injunctive relief. Defendants deny each and all of the reminaing allegations of Paragraph 1.

2. Defendants admit the allegations of Paragraph 2.

3. Defendants are without sufficient information or belief to respond to the allegations of Paragraph 3 and on that basis deny said allegations.

4. Defendants are without sufficient information or belief to respond to the allegations of Paragraph 4 and on that basis deny said allegations.

5. Defendants are without sufficient information or belief to respond to the allegations of Paragraph 5 and on that basis deny said allegations.

6. Defendants are without sufficient information or belief to respond to the allegations of Paragraph 6 and on that basis deny said allegations.

2

Answer to Complaint and Cross-Claim
Board of Trustees v. E. Ugarte, Inc. et al.
Case No. C-07-2549-WDB

7. Defendants admit the allegations of Paragraph 7.

8. Defendants admit only that Edgar Orlando Ugarte is a shareholder and officer of E. Ugarte, Inc. dba Kevin Nelson Concrete Construction Company. Defendants deny each and all of the remaining allegations of Paragraph 8.

9. Defendants admit the allegations of Paragraph 9.

10. Defendants admit the allegations of Paragraph 10.

FIRST CLAIM FOR RELIEF – Breach of Collective Bargaining Agreement

11. Answering Paragraph 11, Defendants reallege and incorporation by reference, as though fully set forth, their responses to paragraphs 1 through 10 above.

12. Answering Paragraph 12, Defendants admit only that E. Ugarte, Inc. dba Kevin Nelson Concrete Construction Company executed a memorandum agreement. Defendants are without sufficient information or belief to respond to the remaining allegations of Paragraph 12 and on that basis deny said allegations.

13. Defendants are without sufficient information or belief to respond to the allegations of Paragraph 13 and on that basis deny said allegations.

14. Defendants are without sufficient information or belief to respond to the allegations of Paragraph 14 and on that basis deny said allegations.

15. Defendants are without sufficient information or belief to respond to the allegations of Paragraph 15 and on that basis deny said allegations.

16. Answering Paragraph 16, Defendants admit only that E. Ugarte, Inc. dba Kevin Nelson Concrete Construction Company did not pay employee fringe benefit contributions for the period January and February 2006. Defendants are without sufficient information or belief to respond to the remaining allegations of Paragraph 16 and on that basis deny said allegations.

CHARLES S. BRONITSKY
Rice & Bronitsky
350 Cambridge Ave., Suite 225
Palo Alto, CA 94306
650-289-9088

3

Answer to Complaint and Cross-Claim
Board of Trustees v. E. Ugarte, Inc. et al.
Case No. C-07-2549-WDB

17. Defendants are without sufficient information or belief to respond to the allegations of Paragraph 17 and on that basis deny said allegations.

18. Defendants are without sufficient information or belief to respond to the allegations of Paragraph 18 and on that basis deny said allegations.

SECOND CLAIM FOR RELIEF – Breach of Collective Bargaining Agreement

19. Answering Paragraph 19, Defendants reallege and incorporation by reference, as though fully set forth, their responses to paragraphs 1 through 18 above.

20. Defendants are without sufficient information or belief to respond to the allegations of Paragraph 20 and on that basis deny said allegations.

21. Defendants are without sufficient information or belief to respond to the allegations of Paragraph 21 and on that basis deny said allegations.

22. Defendants are without sufficient information or belief to respond to the allegations of Paragraph 22 and on that basis deny said allegations.

23. Defendants are without sufficient information or belief to respond to the allegations of Paragraph 23 and on that basis deny said allegations.

24. Defendants admit the allegations of Paragraph 24.

25. Defendants are without sufficient information or belief to respond to the allegations of Paragraph 25 and on that basis deny said allegations.

26. Defendants are without sufficient information or belief to respond to the allegations of Paragraph 26 and on that basis deny said allegations.

27. Defendants admit only that E. Ugarte, Inc. dba Kevin Nelson Concrete Construction Company was a subcontractor to the Zoleman & Synergy Joint Venture and that E. Ugarte, Inc. dba Kevin Nelson Concrete Construction Company did not pay employee fringe

4

Answer to Complaint and Cross-Claim
Board of Trustees v. E. Ugarte, Inc. et al.
Case No. C-07-2549-WDB

CHARLES S. BRONITSKY
Rice & Bronitsky
350 Cambridge Ave., Suite 225
Palo Alto, CA 94306
650-289-9088

benefit contributions for the period January and February 2006. Defendants are without sufficient information or belief to respond to the remaining allegations of Paragraph 27 and on that basis deny said allegations.

28. Defendants are without sufficient information or belief to respond to the allegations of Paragraph 28 and on that basis deny said allegations.

29. Defendants are without sufficient information or belief to respond to the allegations of Paragraph 29 and on that basis deny said allegations.

THIRD CLAIM FOR RELIEF – Recovery of Unpaid Trust Fund Contributions

30. Answering Paragraph 30, Defendants reallege and incorporation by reference, as though fully set forth, their responses to paragraphs 1 through 15 above.

31. Defendants are without sufficient information or belief to respond to the allegations of Paragraph 31 and on that basis deny said allegations.

32. Answering Paragraph 32, Defendants admit only that E. Ugarte, Inc. dba Kevin Nelson Concrete Construction Company did not pay employee fringe benefit contributions for the period January and February 2006. Defendants are without sufficient information or belief to respond to the remaining allegations of Paragraph 32 and on that basis deny said allegations.

33. Defendants are without sufficient information or belief to respond to the allegations of Paragraph 33 and on that basis deny said allegations.

34. Defendants are without sufficient information or belief to respond to the allegations of Paragraph 34 and on that basis deny said allegations.

FOURTH CLAIM FOR RELIEF – Breach of Fiduciary Duty

35. Answering Paragraph 35, Defendants reallege and incorporation by reference, as though fully set forth, their responses to paragraphs 1 through 34 above.

5

Answer to Complaint and Cross-Claim
Board of Trustees v. E. Ugarte, Inc. et al.
Case No. C-07-2549-WDB

CHARLES S. BRONITSKY
Rice & Bronitsky
350 Cambridge Ave., Suite 225
Palo Alto, CA 94306
650-289-9088

36. Defendants are without sufficient information or belief to respond to the allegations of Paragraph 36 and on that basis deny said allegations.

37. Answering Paragraph 37, Defendants admit only that Edgar Orlando Ugarte is and was a shareholder and officer of E. Ugarte, Inc. dba Kevin Nelson Construction Company. Defendants deny that Edgar Orlando Ugarte exercised authority, or control over the payment of employee fringe benefit contributions. Defendants are without sufficient information or belief to respond to the remaining allegations of Paragraph 33 and on that basis deny said allegations.

38. Defendants are without sufficient information or belief to respond to the allegations of Paragraph 38 and on that basis deny said allegations.

39. Defendants deny the allegations of Paragraph 39.

### FIFTH CLAIM FOR RELIEF – Mandatory Injunction

40. Answering Paragraph 39, Defendants reallege and incorporation by reference, as though fully set forth, their responses to paragraphs 1 through 39 above.

41. Defendants are without sufficient information or belief to respond to the allegations of Paragraph 41 and on that basis deny said allegations.

42. Defendants are without sufficient information or belief to respond to the allegations of Paragraph 42 and on that basis deny said allegations.

43. Defendants are without sufficient information or belief to respond to the allegations of Paragraph 43 and on that basis deny said allegations.

### RELIEF REQUESTED

1. Answering Paragraphs 1 through 5 of the Relief Requested section of the Complaint, Defendants deny the allegations thereof.

### AFFIRMATIVE DEFENSES

1. The Complaint fails to state facts sufficient to constitute a claim upon which relief may be granted against Defendants.

6

Answer to Complaint and Cross-Claim
Board of Trustees v. E. Ugarte, Inc. et al.
Case No. C-07-2549-WDB

## CROSS-CLAIM

For their cross-claim against Cross-Defendants, Zolman Construction and Development, Inc. and Synergy Project Management J/V; Zolman Construction and Development, Inc.; and Synergy Project Management, Cross-Claimants allege as follows:

1. On or about May 24, 2005, E. Ugarte, Inc. dba Kevin Nelson Concrete Construction Company entered into a subcontract with Cross-Defendants, Zolman Construction and Development, Inc. and Synergy Project Management J/V; Zolman Construction and Development, Inc.; and Synergy Project Management pursuant to which Cross-Defendants were to pay directly for all field payroll expenses incurred by E. Ugarte, Inc. in connection with its work at the Cabrillo College Student Services Complex in Aptos, California, which expenses included the payment of the employee fringe benefit contributions claimed in this action by Plaintiff.

2. E. Ugarte, Inc. performed all of its obligations under said contract except for those that it was legally excused from performing.

3. E. Ugarte, Inc. and Edgar Orlando Ugarte have been damaged as a result of Cross-Defendants breaches of said subcontract.

WHEREFORE, Defendants and Cross-Claimants pray:

a. For a judgment dismissing Plaintiffs' Complaint;

b. For damages from Cross-Defendants;

c. For an assessment of costs against Plaintiffs and Cross-Defendants; and

d. For such other relief as the Court deems just.

## JURY TRIAL

Defendants herein demand a trial by jury of all issues so triable.

Dated: June 19, 2007            RICE & BRONITSKY

By: _____
Charles S. Bronitsky, CA SBN 124332
350 Cambridge Ave., Suite 225
Palo Alto, CA 94306
(650) 289-9088

7
Answer to Complaint and Cross-Claim
Board of Trustees v. E. Ugarte, Inc. et al.
Case No. C-07-2549-WDB