1 Ronald L. Richman, SBN 139189
Joye Blanscett, SBN 191242
2 BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
3 San Francisco, California 94108
E-mail: ron.richman@bullivant.com
4 E-mail: joye.blanscett@bullivant.com
Telephone: 415.352.2700
5 Facsimile: 415.352.2701

6 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> E. UGARTE, INC., a California corporation dba KEVIN NELSON CONCRETE CONSTRUCTION COMPANY; EDGAR ORLANDO UGARTE, an Individual; ZOLMAN CONSTRUCTION & DEVELOPMENT, INC., AND SYNERGY PROJECT MANAGEMENT, J/V, a joint venture; ZOLMAN CONSTRUCTION & DEVELOPMENT, INC., a California corporation; SYNERGY PROJECT MANAGEMENT, a sole proprietorship; and DOES 1-10, <br><br> Defendants. | Case No.: C 07 02549 WDB <br><br> **PROOF OF SERVICE** |

6081411.1     – 1 –
PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Joye Blanscett, 191242 BULLIVANT, HOUSER, BAILEY, ET AL 601 CALIFORNIA ST STE 1800 SAN FRANCISCO, CA 94108-2823 | TELEPHONE NO.: (415) 352-2700 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. 29512.5 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Board of Trustees of Laborers Health & Welfare Tru

DEFENDANT:
E. Ugarte, Inc., et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: C 07 02549 WDB |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Case Cover Sheet, Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Notice of Assignment of Case to a United States Magistrate Judge for Trial, ECF Registration Information Handout

2. Party Served:  E. UGARTE, INC. a California corporation dba Kevin Nelson Concrete Construction Company

3. Person Served:  EDGAR UGARTE - Person authorized to accept service of process

   a. Left with:  Jane Doe, CF 35 5'8 145 Lt brn hr - Person in Charge of Office

4. Date & Time of Delivery:  May 24, 2007    11:55 am

5. Address, City and State:  960 N. SAN ANTONIO RD.
   LOS ALTOS, CA  94022                **BY FAX**

6. Manner of Service:  By leaving the copies with or in the presence of Jane Doe, CF 35 5'8 145 Lt brn hr, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

113.75

Registered California process server.
County: SANTA CLARA
Registration No.: 1028
Expiration: January 25, 2009

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on June 20, 2007 at Oakland, California.

Signature: _David Noriega_

David Noriega