1  Ronald L. Richman, SBN 139189
   Joye Blanscett, SBN 191242
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   E-mail: ron.richman@bullivant.com
4  E-mail: joye.blanscett@bullivant.com
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11 | BOARD OF TRUSTEES OF THE                  | Case No.:   C 07 02549 WDB
   | LABORERS HEALTH AND WELFARE               |
12 | TRUST FUND FOR NORTHERN                   |
   | CALIFORNIA; BOARD OF TRUSTEES OF          |
13 | THE LABORERS VACATION-HOLIDAY             |
   | TRUST FUND FOR NORTHERN                   | **PROOF OF SERVICE**
14 | CALIFORNIA; BOARD OF TRUSTEES OF          |
   | THE LABORERS PENSION TRUST FUND           |
15 | FOR NORTHERN CALIFORNIA; and              |
   | BOARD OF TRUSTEES OF THE                  |
16 | LABORERS TRAINING AND RETRAINING          |
   | TRUST FUND FOR NORTHERN                   |
17 | CALIFORNIA,                               |

18              Plaintiffs,

19       vs.

20 E. UGARTE, INC., a California corporation
   dba KEVIN NELSON CONCRETE
21 CONSTRUCTION COMPANY; EDGAR
   ORLANDO UGARTE, an Individual;
22 ZOLMAN CONSTRUCTION &
   DEVELOPMENT, INC., AND SYNERGY
23 PROJECT MANAGEMENT, J/V, a joint
   venture; ZOLMAN CONSTRUCTION &
24 DEVELOPMENT, INC., a California
   corporation; SYNERGY PROJECT
25 MANAGEMENT, a sole proprietorship; and
   DOES 1-10,
26
                Defendants.
27

28

6081411.1                    – 1 –
                       PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Joye Blanscett, 191242 BULLIVANT, HOUSER, BAILEY, ET AL 601 CALIFORNIA ST STE 1800 SAN FRANCISCO, CA 94108-2823 | TELEPHONE NO.: (415) 352-2700 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. 29512.5 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Board of Trustees of Laborers Health & Welfare Tru

DEFENDANT:
E. Ugarte, Inc., et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: C 07 02549 WDB |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On May 24, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made (if applicable), I mailed copies of the:

Civil Case Cover Sheet, Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Notice of Assignment of Case to a United States Magistrate Judge for Trial, ECF Registration Information Handout

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, CA, California, addressed as follows:

E. UGARTE, INC. a California corporation dba Kevin Nelson Concrete Construction Company
EDGAR UGARTE
960 N. SAN ANTONIO RD.
LOS ALTOS, CA 94022

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

113.75

Lee Major
One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on June 20, 2007 at Oakland, California.

*Lee Major*

Lee Major

FF# 6641259