UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>E. UGARTE, INC., et al.<br><br>      Defendants.<br>_____/ | No. C 07-2549 WDB<br><br>NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

    To accommodate the Court's schedule, you are hereby notified that the Initial Case Management Conference originally scheduled for Monday, August 20, 2007, at 4:00 p.m. has been rescheduled to **Thursday, September 27, 2007, at 4:00 p.m.** <u>Lead</u> trial counsel for each party must participate in the case management conference and should review Judge Brazil's Standing Order, which can be found on the Court's website at www.cand.uscourts.gov. The parties also must comply with the Court's rules for submitting Case Management Conference Statements.

Dated: July 20, 2007

                                      Richard W. Wieking, Clerk
                                      United States District Court

                                      *Sarah Weinstein*

                                      By: Sarah Weinstein
                                      Law Clerk/Deputy Clerk

Copies to:
    All parties,
    WDB, Stats