1  Ronald L. Richman, SBN 139189
   Joye Blanscett, SBN 191242
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   E-mail: ron.richman@bullivant.com
4  E-mail: joye.blanscett@bullivant.com
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs

7

8           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
9

10

11 BOARD OF TRUSTEES OF THE
   LABORERS HEALTH AND WELFARE           Case No.:   C 07 02549 WDB
   TRUST FUND FOR NORTHERN
12 CALIFORNIA; BOARD OF TRUSTEES OF
   THE LABORERS VACATION-HOLIDAY
13 TRUST FUND FOR NORTHERN              DECLARATION OF DELORES L.
   CALIFORNIA; BOARD OF TRUSTEES OF     SANDEFUR IN SUPPORT OF JOINT
14 THE LABORERS PENSION TRUST FUND      CASE MANAGEMENT STATEMENT;
   FOR NORTHERN CALIFORNIA; and         PROPOSED ORDER
15 BOARD OF TRUSTEES OF THE
   LABORERS TRAINING AND RETRAINING
16 TRUST FUND FOR NORTHERN              Date:      September 27, 2007
   CALIFORNIA,                          Time:      4:00 p.m.
17                                      Ctroom:    4, 3rd Floor, Oakland
                 Plaintiffs,
18
         vs.
19
   E. UGARTE, INC., a California corporation
20 dba KEVIN NELSON CONCRETE
   CONSTRUCTION COMPANY; EDGAR
21 ORLANDO UGARTE, an Individual;
   ZOLMAN CONSTRUCTION &
22 DEVELOPMENT, INC., AND SYNERGY
   PROJECT MANAGEMENT, J/V, a joint
23 venture; ZOLMAN CONSTRUCTION &
   DEVELOPMENT, INC., a California
24 corporation; SYNERGY PROJECT
   MANAGEMENT, a sole proprietorship; and
25 DOES 1-10,

26               Defendants.

27

28

6086772.1                              -1-
DECLARATION OF DELORES L. SANDEFUR IN SUPPORT OF JOINT CASE MANAGEMENT CONFERENCE
                            STATEMENT; ORDER THEREON

1    I DELORES L. SANDEFUR, declare as follows.

2    1. I am a secretary at the law firm of Bullivant Houser Bailey, PC.

3    2. I am familiar with the requirements of U.S.D.C. regarding Efiling of documents. On September 24, 2007. I attempted to file a Joint Case Management Statement; Proposed Order in this matter, which was due to be filed by September 24, 2007. Via CAND, the court's website, I attempted to file the document 5 times throughout the day, each time unsuccessfully. I then called the court, and was informed that the Court's website had been down the entire day and advised by clerk to read General Order No. 45 regarding late filing of documents due to court's website being inoperative. I learned that it is mandatory to complete this declaration and file it along with the Joint Case Management Statement when filing same after its due date.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 25, 2007 at San Francisco, California.

_____
Delores L. Sandefur