UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date: September 27, 2007                    Start Time:  4:13 p.m.   End Time: 4:25 p.m.

DOCKET NO.          C 07-2549 WDB
TITLE OF CASE       *Board of Trustees of the Laborers Health and Welfare Trust*
                    *Fund for Northern California, et al. v. E. Ugarte, Inc., et al.*

APPEARANCES         For Plaintiff:    Joye Blanscett, Esq.

                    For Defendant:   Charles S. Bronitsky, Esq.


FTR: 9/27/07, 4:13 p.m.            Hearing:    (X) In Person  (X) Telephone

PROCEEDINGS

[X] INITIAL STATUS CONFERENCE           [] SETTLEMENT CONFERENCE (1ST)
[] FOLLOW-UP STATUS CONFERENCE          [] FOLLOW-UP SETTLEMENT CONF.
[] PRETRIAL CONF. (NOT FINAL)           [] DISCOVERY CONF. (INFORMAL)
[] FINAL PRETRIAL CONFERENCE            [] DISCOVERY HEARING (FORMAL)
[] NONDISPOSITIVE MOTION (ORDER ONLY)   [] EXAM. OF JUDGMENT DEBTOR
[] NONDISPOSITIVE MOTION (OPINION)      [] EVIDENTIARY HEARING
[] OTHER:


ORDER TO BE PREPARED BY:  () Plaintiff   () Defendant   (x) Court


**NOTES**

Court conducted Case Management Conference.  See later-filed separate order.

1