United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>E. UGARTE, INC., et al.<br><br>Defendants.<br>_____/ | No. C 07-2549 WDB<br><br>ORDER FOLLOWING CASE MANAGEMENT CONFERENCE |

On September 27, 2007, the Court conducted a case management conference in this matter. For reasons more fully explained on the record, the Court ORDERS as follows:

1. Counsel for both parties indicated that it might be possible to settle the case within a relatively short time frame, and without undertaking further discovery. Accordingly, to give the parties time to explore settlement, the Court sets a follow-up Case Management Conference for October 31, 2007, at 3:00 p.m. The parties must appear on this date, unless Plaintiff's counsel e-files a writing, before that date, informing the Court that the parties have settled the case. The parties must not provide any information to or copy the undersigned on any correspondence regarding settlement demands or settlement negotiations of any kind.

1

1    2.    If the parties have settled the case by October 31, 2007, the follow-up Case
2 Management Conference will be vacated.
3    3.    If the parties have <u>not</u> settled the case and must appear for the follow-up
4 Case Management Conference, then **by no later than Monday, October 29, 2007, at**
5 **noon**, the parties must e-file an Updated Joint Case Management Statement informing the
6 Court what discovery and motion practice is needed as the case proceeds, and what dates
7 the parties propose for trial.
8    4.    Plaintiffs' counsel informed the Court that she plans to seek a Clerk's Notice
9 of Entry of Default and, ultimately, will move for an Order for Default Judgment against
10 the remaining three Defendants who have not yet appeared.
11    IT IS SO ORDERED.

12
13 Dated: September 28, 2007                     _____
                                                 WAYNE D. BRAZIL
14                                               United States Magistrate Judge

cc:  parties, WDB

2