**Bullivant | Houser | Bailey** PC

Attorneys at Law

JOYE BLANSCETT
Admitted in California and Nevada
Direct Dial: (415) 352-2727
E-mail: joye.blanscett@bullivant.com

October 24, 2007

Honorable Wayne D. Brazil
United States Magistrate Judge
U.S. District Court
1300 Clay Street
Oakland, CA 94612

Re: Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, et. al. v. E. Ugarte, Inc., et al.
USDC Case No. C 07 02549 WDB

Dear Judge Brazil:

Pursuant to your instructions at the case management conference in the above-referenced matter, I write to inform the court that the Plaintiffs Laborers Trust Funds have reached a settlement agreement with Defendants E. Ugarte, Inc., dba Kevin Nelson Concrete Construction Company and Edgar Orlando Ugarte. The parties are in the process of reducing the settlement to writing. In light of the settlement, there is no need for the case management conference presently set for October 31, 2007 and Plaintiffs ask that it be vacated.

Plaintiffs intend to pursue default and default judgment against the remaining defendants. Plaintiffs will request clerk's entry of default within the next week.

Should the court have any questions or require anything further, please let me know. Thank you for your attention to this matter.

Very truly yours,

Joye Blanscett

JB:ds
cc:   Charles S. Bronitsky

6088213.1