UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>E. UGARTE, INC., et al.<br><br>Defendants.<br>_____/ | No. C 07-2549 WDB<br><br>NOTICE VACATING FURTHER CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

Plaintiffs' counsel has notified the Court that Plaintiffs have settled with Defendants E. Ugarte, Inc., and Eduardo Orlando Ugarte. Plaintiffs also informed the Court that they intend to pursue default and default judgment proceedings against the remaining Defendants. Accordingly, the Case Management Conference set for October 31, 2007, at 3:00 p.m. is vacated.

Dated: October 26, 2007

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By:   Sarah Weinstein
      Law Clerk/Deputy Clerk

Copies to:
   All parties,
   WDB, Stats