Ronald L. Richman, SBN 139189
Joye Blanscett, SBN 191242
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
E-mail: ron.richman@bullivant.com
E-mail: joye.blanscett@bullivant.com
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>E. UGARTE, INC., a California corporation dba KEVIN NELSON CONCRETE CONSTRUCTION COMPANY; EDGAR ORLANDO UGARTE, an Individual; ZOLMAN CONSTRUCTION & DEVELOPMENT, INC., AND SYNERGY PROJECT MANAGEMENT, J/V, a joint venture; ZOLMAN CONSTRUCTION & DEVELOPMENT, INC., a California corporation; SYNERGY PROJECT MANAGEMENT, a sole proprietorship; and DOES 1-10,<br><br>Defendants. | Case No.: C 07 02549 WDB<br><br>**PLAINTIFFS' REQUEST FOR ENTRY OF CLERK'S DEFAULT** |

1   TO DEFENDANTS KEVIN NELSON CONCRETE CONSTRUCTION COMPANY;
2   ZOLMAN CONSTRUCTION & DEVELOPMENT, INC., AND SYNERGY PROJECT
3   MANAGEMENT, J/V, a joint venture; ZOLMAN CONSTRUCTION & DEVELOPMENT,
4   INC., a California corporation; SYNERGY PROJECT MANAGEMENT, a sole proprietorship:

   Plaintiffs hereby request that the Clerk of Court enter the default of defendants Zolman Construction & Development, Inc. and Synergy Project Management, J/V; a joint venture, Synergy Project Management, a sole proprietorship; and Zolman Construction & Development, Inc., a California Corporation, in the above-referenced action.

   The Request for Entry of Default is made on the grounds that: 1) defendant Synergy Project Management, a sole proprietorship was served with the Complaint for Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, For Breach of Fiduciary Duty and For Mandatory Injunction ("Complaint") on May 22, 2007; 2) defendant Zolman Construction & Development, a was served with the Complaint on May 22, 2007; and 3) defendant Zolman Construction & Development, Inc. and Synergy Project Management, J/V; a joint venture was also served on May 22, 2007.  Defendants' were required to answer or otherwise respond to the Complaint on or before June 12, 2007.  No responsive pleading has been filed by any of these defendants.

   Based on the above, Plaintiffs respectfully request that the Clerk of Court issue the default of defendants Synergy Project Management, a sole proprietorship; and Zolman Construction & Development, Inc., a California Corporation, in the above-referenced action.

DATED:  October 29, 2007

                              BULLIVANT HOUSER BAILEY PC

                              By _____
                                 Joye Blanscett
                              Attorneys for Plaintiffs