1  Ronald L. Richman, SBN 139189
   Joye Blanscett, SBN 191242
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   E-mail: ron.richman@bullivant.com
4  E-mail: joye.blanscett@bullivant.com
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10

11 | BOARD OF TRUSTEES OF THE           | Case No.:  C 07 02549 WDB
   | LABORERS HEALTH AND WELFARE        |
12 | TRUST FUND FOR NORTHERN            |
   | CALIFORNIA; BOARD OF TRUSTEES OF   |
13 | THE LABORERS VACATION-HOLIDAY      |
   | TRUST FUND FOR NORTHERN            | **DECLARATION OF JOYE BLANSCETT**
14 | CALIFORNIA; BOARD OF TRUSTEES OF   | **IN SUPPORT OF PLAINTIFFS'**
   | THE LABORERS PENSION TRUST FUND    | **REQUEST FOR ENTRY OF CLERK'S**
15 | FOR NORTHERN CALIFORNIA; and       | **DEFAULT**
   | BOARD OF TRUSTEES OF THE           |
16 | LABORERS TRAINING AND RETRAINING   |
   | TRUST FUND FOR NORTHERN            |
17 | CALIFORNIA,                        |

18              Plaintiffs,

19       vs.

20 E. UGARTE, INC., a California corporation
   dba KEVIN NELSON CONCRETE
21 CONSTRUCTION COMPANY; EDGAR
   ORLANDO UGARTE, an Individual;
22 ZOLMAN CONSTRUCTION &
   DEVELOPMENT, INC., AND SYNERGY
23 PROJECT MANAGEMENT, J/V, a joint
   venture; ZOLMAN CONSTRUCTION &
24 DEVELOPMENT, INC., a California
   corporation; SYNERGY PROJECT
25 MANAGEMENT, a sole proprietorship; and
   DOES 1-10,
26
                Defendants.
27

28       I, JOYE BLANSCETT, declare as follows.

---

6088531.1                          – 1 –
              Declaration Of Joye Blanscett In Support Of Plaintiffs' Request For Entry Of Default

1. I am an associate at the law firm of Bullivant Houser Bailey, PC, and counsel for Plaintiffs in this action.

2. Defendant Synergy Project Management, as a sole proprietorship and on behalf of the joint venture Zolman Construction & Development, Inc. and Synergy Project Management, J/V, was served with the Complaint for Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, For Breach of Fiduciary Duty and For Mandatory Injunction ("Complaint") on May 22, 2007. Attached hereto as Exhibit A is a true and correct copy of the relevant Proof of Service.

4. Defendant Zolman Construction & Development, a California corporation, on behalf of itself and on behalf of the joint venture Zolman Construction & Development, Inc. and Synergy Project Management, J/V, was served with the Complaint on May 22, 2007. Attached hereto as Exhibit B and C are true and correct copy of the relevant Proofs of Service.

4. A responsive pleading was due on or before June 12, 2007. No responsive pleading has been filed by said defendants nor have they appeared informally, and no cause exists which would prevent the Clerk of Court from entering the default of defendants Zolman Construction & Development, Inc. and Synergy Project Management, J/V; a joint venture, Synergy Project Management, a sole proprietorship; and Zolman Construction & Development, Inc., a California Corporation,

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed on October 29, 2007 at San Francisco, California.

_____
Joye Blanscett

6088531.1

– 2 –

Declaration Of Joye Blanscett In Support Of Plaintiffs' Request For Entry Of Default