**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
_____
www.cand.uscourts.gov

Richard W. Wieking  General Court Number
Clerk  510.637.3530

November 1, 2007

RE:  <u>CV 07-02549 WDB</u>      <u>BOARD OF TRUSTEES-v- E UGARTE INC</u>


Default is entered as to defendants: 1) Zolman Construction & Development, Inc. and Synergy Project Management; 2) Synergy Project Management; 3) Zolman Construction & Development, Inc.  on November 1, 2007.



RICHARD W. WIEKING, Clerk


by<u>Cynthia Lenahan</u>
Case Systems Administrator

NDC TR-4  Rev. 3/89