1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN, 152467
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   E-mail: ron.richman@bullivant.com
4  E-mail: susan.olson@bullivant.com
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 | BOARD OF TRUSTEES OF THE                      | Case No.: C 07 02549 WDB
   | LABORERS HEALTH AND WELFARE
11 | TRUST FUND FOR NORTHERN
   | CALIFORNIA; BOARD OF TRUSTEES OF
12 | THE LABORERS VACATION-HOLIDAY
   | TRUST FUND FOR NORTHERN                       | **NOTICE OF CHANGE IN COUNSEL**
13 | CALIFORNIA; BOARD OF TRUSTEES OF
   | THE LABORERS PENSION TRUST FUND
14 | FOR NORTHERN CALIFORNIA; and
   | BOARD OF TRUSTEES OF THE
15 | LABORERS TRAINING AND RETRAINING
   | TRUST FUND FOR NORTHERN
16 | CALIFORNIA,

17              Plaintiffs,

18      vs.

19 E. UGARTE, INC., a California corporation
   dba KEVIN NELSON CONCRETE
20 CONSTRUCTION COMPANY; EDGAR
   ORLANDO UGARTE, an Individual;
21 ZOLMAN CONSTRUCTION &
   DEVELOPMENT, INC., AND SYNERGY
22 PROJECT MANAGEMENT, J/V, a joint
   venture; ZOLMAN CONSTRUCTION &
23 DEVELOPMENT, INC., a California
   corporation; SYNERGY PROJECT
24 MANAGEMENT, a sole proprietorship; and
   DOES 1-10,
25
               Defendants.
26

27 ///

28 ///

6091135.1                          – 1 –
                          NOTICE OF CHANGE IN COUNSEL

1  TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that JOYE BLANSCETT, State Bar No. 191242 is no longer
3  associated with Bullivant Houser Bailey PC, and should be removed from the electronic notice
4  and service list for this matter.

5  DATED: December 28, 2007              BULLIVANT HOUSER BAILEY

6                                         By: *Susan J. Olson*
                                              Ronald L. Richman
7                                             Susan J. Olson

8                                         Attorneys for Plaintiffs